IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chad Mirr,<br><br>    Plaintiff,<br><br>vs.<br><br>Greenway Medical Technologies Inc.,<br><br>    Defendant. | CV 12-00958-PHX-ROS<br><br><br><br>**ORDER** |

The Court having been notified that this matter has settled in its entirety (Doc. 21),

**IT IS ORDERED** that this action will be dismissed with prejudice by the Clerk's Office without further notice on **December 21, 2012**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** vacating any scheduled hearings and/or trial date.

DATED this 31st day of October, 2012.

_____
Roslyn O. Silver
Chief United States District Judge